Kevin P. Rooney, #107554
Of Counsel, HAMMERSCHMIDT LAW CORPORATION
2445 Capitol Street, Suite 150
Fresno, CA 93721
Tel: (559) 233-5333
Fax: (559) 233-4333

Attorney for Defendant, OSCAR MARROT GARCIA

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>OSCAR MARROT GARCIA,<br><br>Defendant. | Case No.: 1:19 CR 72 LJO<br><br>Stipulation and Order To Modify PreTrial Release Order |

The parties to this action, through their undersigned counsel, hereby stipulate as follows:

1. The April 2, 2019 Order Setting Conditions of Release for Mr. Marrot Garcia (executed by District Judge Drozd in Case No. 1:19 MJ 56) should be modified to the following extent:

The Home Detention condition in paragraph 7(n) will be stricken and replaced with the following condition: "CURFEW: You must remain inside your residence every day from 8:00 p.m. to 8:00 a.m., or as adjusted by the Pretrial Services Officer for medical, religious services, employment, or court-ordered obligations."

///

///

1

2. The stipulation between the parties is not intended to modify the April 2, 2019 Order Setting Conditions of Release in any way other than to substitute the Curfew condition for the previous Home Detention condition.

It is so stipulated.

Dated: July 17, 2019
McGregor W. Scott,
United States Attorney, by

Dated: July 17, 2019

/s/ Brian W. Enos
BRIAN W. ENOS
Assistant United States Attorney

/s/ Kevin P. Rooney
KEVIN P. ROONEY
Attorney for defendant
OSCAR MARROT GARCIA

## ORDER

It is hereby ORDERED, that Mr. Marrot Garcia's Conditions of Release are modified at paragraph 7(n) to eliminate the condition of Home Detention and replace that condition with the following:

"CURFEW: You must remain inside your residence every day from 8:00 p.m. to 8:00 a.m., or as adjusted by the Pretrial Services Officer for medical, religious services, employment, or court-ordered obligations."

All other terms and conditions of the previous Order regarding Mr. Marrot Garcia's Conditions of Release remain in full force and effect.

IT IS SO ORDERED.

Dated: **July 19, 2019**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE