Kevin P. Rooney, #107554
Of Counsel, HAMMERSCHMIDT LAW CORPORATION
2445 Capitol Street, Suite 150
Fresno, CA  93721
Tel: (559) 233-5333
Fax: (559) 233-4333

Attorney for Defendant, OSCAR MARROT-GARCIA

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>OSCAR MARROT-GARCIA,<br><br>　　　　Defendant. | Case No.: 1:19-CR-72 NONE-SKO<br><br>Joint Motion and Order To Modify Pre-Trial Release Conditions<br><br>Date: TBD if necessary |

Motion Including Factual and Procedural Background

On or about April 3, 2019, Mr. Marrot Garcia was released pursuant to conditions which included electronic monitoring. Mr. Marrot Garcia has performed well on PreTrial Release complying with all his conditions including drug and alcohol testing. He has been attending counseling and he obtained and maintains employment.

Mr. Marrot Garcia's supervising PreTrial Service's officer has requested the parties to move the Court for modification of his PreTrial Release conditions to eliminate the electronic monitoring requirement. PreTrial Services no longer believes that level of monitoring is necessary, and elimination of the electronic monitoring will allow a better use of PreTrial's limited resources.

1

All other conditions of Mr. Marrot Garcia's release would remain in force after the proposed modification.

Conclusion

For the reasons noted above, the requested modification of PreTrial Release conditions should be ordered.

Dated:  May 15, 2020                                        Respectfully submitted,

                                                             /s Kevin Rooney
                                                            KEVIN P. ROONEY
                                                            Attorney for Defendant
                                                            OSCAR MARROT GARCIA

**ORDER**

Based on the motion of the defendant, the agreement of Pretrial Services, and no objection by the government, IT IS HEREBY ORDERED THAT, Oscar Marrot Garcia's conditions of release is modified to eliminate the electronic location monitoring condition. All other conditions of Mr. Marrot Garcia's release remain in full force and effect. IT IS SO ORDERED.

Dated:  **May 27, 2020**                          /s/ *Barbara A. McAuliffe*
                                                            UNITED STATES MAGISTRATE JUDGE