Kevin P. Rooney, #107554
Of Counsel, HAMMERSCHMIDT LAW CORPORATION
2445 Capitol Street, Suite 150
Fresno, CA 93721
Tel: (559) 233-5333
Fax: (559) 233-4333

Attorney for Defendant, OSCAR MARROT GARCIA

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  vs.<br><br>OSCAR MARROT GARCIA,<br><br>  Defendant. | Case No.: 1:19 CR 72 NONE<br><br>ORDER DELAYING DEFENDANT'S BUREAU OF PRISONS REPORT DATE UNTIL MAY 12, 2021 |

    Mr. Oscar Marrot Garcia is hereby ORDERED to report for the service of his sentence at the institution designated by the Bureau of Prisons before 2:00 p.m. on October 19, 2021. If no such institution has been designated, he is to surrender to the United States Marshall for the Eastern District of California before 2:00 p.m. on October 19, 2021.

    All conditions of PreTrial and Post-Conviction release previously imposed remain in full force and effect until Mr. Oscar Marrot Garcia reports to serve his sentence.

IT IS SO ORDERED.

Dated:  **April 23, 2021**                 _Dale A. Drozd_
                                                  UNITED STATES DISTRICT JUDGE