UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>OSCAR MARROT GARCIA, )<br>)<br>Defendant. )<br>_____ ) | Case No.: 1:19 CR 72  JLT<br><br>ORDER DELAYING DEFENDANT'S BUREAU OF PRISONS REPORT DATE UNTIL MAY 18, 2022 |

Upon the agreement of the government, the request of the Oscar Marrot Garcia to delay his reporting date to the Bureau of Prisons is GRANTED.

He is ORDERED to report for the service of his sentence at the institution designated by the Bureau of Prisons no later than 2:00 p.m. on May 18, 2022. If no such institution has been designated, he SHALL surrender to the United States Marshall for the Eastern District of California no later than 2:00 p.m. on May 18, 2022.

All conditions of PreTrial and Post-Conviction release previously imposed remain in full force and effect until the defendant reports to serve his sentence.

IT IS SO ORDERED.

Dated:   **February 17, 2022**

_Jennifer L. Thurston_
UNITED STATES DISTRICT JUDGE