UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: 1:19-cr-00072 JLT |
| Plaintiff, | ) ) | ORDER DELAYING DEFENDANT'S |
| vs. | ) ) | BUREAU OF PRISONS REPORT DATE UNTIL OCTOBER 19, 2022 |
| OSCAR MARROT GARCIA, | ) ) | |
| Defendant. | ) ) | |

    The Court has repeatedly granted the requests of Oscar Marrot Garcia to delay his reporting date to the Bureau of Prisons. Initially, his requests were based upon his own medical conditions. He now seeks an additional extension because his wife is due to give birth via a cesarean section in late September 2022. Her doctor recommends she have assistance for three weeks after the birth. The United States opposes this request and notes that Mr. Marrot Garica was sentenced in 2020, but he has still not begun his sentence.

    The Court agrees that Mr. Marrot Garcia has enjoyed the generosity of the United States' repeated agreement to allow him delays in his reporting date. Despite this, the Court will grant this final request to extend the time for him to report to begin serving his sentence. Despite doing so, the Court strongly urges Mr. Marrot Garcia to seek alternate assistance for his wife, because even if she needs more help by the time of his report date, it is a virtual certainty that the Court will not grant him another delay.

    The Court **ORDERS** Mr. Marrot Garcia to report for the service of his sentence at the

institution designated by the Bureau of Prisons no later than 2:00 p.m. on October 19, 2022.  If no such institution has been designated, he SHALL surrender to the United States Marshall for the Eastern District of California no later than 2:00 p.m. on October 19, 2022.

All conditions of PreTrial and Post-Conviction release previously imposed remain in full force and effect until the defendant reports to serve his sentence. Mr. Marrot Garcia is reminded that the failure to surrender as ordered here, would be a separate felony offense punishable by up to ten years in prison, to be served consecutive to his current sentence, a fine of up to $250,000 or both fine and imprisonment.

IT IS SO ORDERED.

Dated:   **May 16, 2022**

UNITED STATES DISTRICT JUDGE