Kevin P. Rooney, #107554
Of Counsel, HAMMERSCHMIDT LAW CORPORATION
2445 Capitol Street, Suite 150
Fresno, CA 93721
Tel: (559) 233-5333
Fax: (559) 233-4333

Attorney for Defendant, OSCAR MARROT GARCIA

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:19 CR 72 JLT/SKO |
| Plaintiff, | Order Granting Retained Counsel's Motion To Withdraw From Representation |
| vs. | |
| OSCAR MARROT GARCIA, | |
| Defendant. | |

FOR GOOD CAUSE SHOWN, retained counsel's motion to withdraw from representation in this case is GRANTED. Former counsel is ordered to provide Mr. Marrot Garcia a copy of this ruling.

IT IS SO ORDERED.

Dated:   **May 17, 2022**

_Jennifer L. Thurston_
UNITED STATES DISTRICT JUDGE

1