Kevin P. Rooney, #107554
Of Counsel, HAMMERSCHMIDT LAW CORPORATION
2445 Capitol Street, Suite 215
Fresno, CA 93721
Tel: (559) 233-5333
Fax: (559) 233-4333

Attorney for Defendant, OSCAR MARROT GARCIA

**FILED**

DEC 06 2022

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>OSCAR MARROT GARCIA,<br><br>　　　　Defendant. | Case No.: 1:19-cr-00072<br><br>AMENDED REQUEST TO EXONERATE APPEARANCE AND COMPLIANCE BOND; ORDER THEREON |

　　Defendant OSCAR MARROT GARCIA, by and through his Attorney of Record, KEVIN P. ROONEY, hereby requests this Court exonerate the security which formerly secured the appearance of Mr. Marrot Garcia during his pre-trial release and post-sentencing.

　　An unsecured bond of $30,000.00 and the title to a 2006 Toyota Sienna SV, VIN No. 4T1BK46K87U043213, License Plate No. 8BEB331, were posted by Mr. Marrot Garcia and his third-party custodian, Lilia Marrot, on April 2, 2019 (Docket #32). No funds were collected from Mr. Marrot Garcia by the Clerk's Office due to the bond being unsecured. Mr. Marrot Garcia was released from custody with release conditions. A Change of Plea Hearing was held June 12, 2020 where Mr. Marrot Garcia pleaded guilty to Count One of the Complaint.

　　On September 3, 2020, Mr. Marrot Garcia was sentenced by the Honorable Dale A. Drozd to 78 months in custody and 36 months supervised release. He has since reported and is in BOP custody according to the BOP inmate locator website, pursuant to the judgment entered on

1

September 4, 2020.

Mr. Marrot Garcia respectfully requests the Court exonerate the unsecured bond of $30,000.00 and the title to a 2006 Toyota Sienna SV which formerly secured Mr. Marrott's appearance in Case No. 1:19-cr-00072.

Dated: December 5, 2022                          /s/ Kevin Rooney
                                                 Kevin P. Rooney
                                                 Attorney for Defendant
                                                 Oscar Marrot Garcia

## ORDER

IT IS ORDERED THAT, the above request for the Court to exonerate all security pledged on behalf of Oscar Rene Marrot Garcia in this case, more specifically the unsecured bond for $30,000.00 and the title to a 2006 Toyota Sienna SV, VIN No. 4T1BK46K87U043213, License Plate No. 8BEB33, 1is hereby granted and all such security is exonerated and shall be returned to its owner. As to the unsecured bond, no funds were actually collected and any liability attributable to said bond is hereby exonerated.

Dated: December 6, 2022                          Hon. Erica P. Grosjean
                                                 United States Magistrate Judge